UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN MANUEL OJEDA-SILLAS,<br><br>    Defendant. | Criminal Case No. 08CR2919-WQH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about August 3, 2008, within the Southern District of California, defendant JUAN MANUEL OJEDA-SILLAS, did knowingly and intentionally import approximately 49.09 kilograms (107.99 pounds) (net weight) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008 .

                        KAREN P. HEWITT
                        United States Attorney

                        JAMES P. MELENDRES
                        Assistant U.S. Attorney

JPME:psd:Imperial
8/27/08